**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

United States of America,

          Plaintiff,

v.

LeeLee Annabelle Baker,

          Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE:  DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 26-mj-303 DLM |
| Date: | March 24, 2026 |
| Video conference | |
| Time Commenced: | 2:16 p.m. |
| Time Concluded: | 2:25 p.m. |
| Time in Court: | 9 minutes |

APPEARANCES:

  Plaintiff: Sommer Honeycutt, Assistant U.S. Attorney
  Defendant: Manny Atwal, Assistant Federal Defender
          X FPD      X To be appointed

      X Advised of Rights

on    Violation of  X Supervised Release
X Date charges or violation filed: February 17, 2026
X Current Offense: unsuccessfully discharged from Blessed Builders Sober Living; admitted to using THC and alcohol; admitted to using fentanyl and alcohol; admitted to using fentanyl, THC, methamphetamine and alcohol; failure to report to Blessed Builders Sober Living.
X **Charges from other District:  District of North Dakota**
X Title and Code of underlying offense from other District: Distribution of Fentanyl, 21:841(a)(1) and 21:841(b)(1)(C).
X Case no: 1:21-cr-104-01

X Defendant reserves the preliminary revocation and detention hearings for the District of North Dakota.
X Defendant is remanded to the custody of the U.S. Marshals pending proceedings in the District of North Dakota.

X Removal hearing waived. Order to be issued.
X Commitment Order to another district to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                        *s/nah*
            Signature of Courtroom Deputy